UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COMPAQ COMPUTER CORPORATION, | § § | #137 |
| *Plaintiff,* | § § | |
| v. | § § | C.A. No. H-95-1338 |
| PROCOM TECHNOLOGY, INC., | § § JURY § | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS ENTERED |
| *Defendant.* | § | MAY 16 1996 |

**PROPOSED**
**CONSENT JUDGMENT**

Michael N. Milby, Clerk

Plaintiff Compaq Computer Corporation ("Compaq") and Defendant, Procom Technology, Inc. ("Procom") having stipulated to the entry of judgment by consent,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. This Court has jurisdiction over plaintiff Compaq and defendant Procom and the subject matter of this action;

2. The patents-in-suit, U.S. Patent Nos. 5,277,615, 5,340,340, and 5,471,617, are valid and enforceable;

3. One or more claims of each of the patents-in-suit cover hot-pluggable hard drive devices manufactured and sold by Procom and thus these devices infringe each of the patents-in-suit;

4. Judgment is hereby entered for plaintiff Compaq against defendant Procom;

5. Third-party defendant C.I. Design's Motion to Dismiss for Lack of Personal Jurisdiction and Motion to Dismiss for Forum Non-Conveniens has been granted by separate Order;

6. The matter in controversy having been compromised and settled between Compaq and Procom, the relief demanded by Compaq in its pleadings is waived by Compaq;

7. Each party shall bear its own costs, including attorney's fees;

8. This is a final judgment.

Dated: May 14, 1996

HON. DAVID J. HITTNER
United States District Judge